# Exhibit 1

# COUNTS 36 & 37
# Summary Tables

| Overall Sources of **$14,908,698** in Funds Transferred In and Out of **Treasury Direct Bills** | | |
|---|---:|---:|
| RBC Dain Rauscher (see below) | $ 12,663,465 | 84.9% |
| Wells Fargo Corp Trust (see below) | $ 1,264,943 | 8.5% |
| Troy & Gould | $ 880,000 | 5.9% |
| Interest | $ 87,790 | 0.6% |
| Quest Group International | $ 12,500 | 0.1% |
| | **$ 14,908,698** | **100.0%** |

| RBC Dain Rauscher Breakdown | |
|---|---:|
| ProElite | $ 8,129,766 |
| RBC Commissions | $ 2,755,935 |
| MicroMed | $ 1,266,575 |
| Quest Group | $ 489,770 |
| Novint Technologies | $ 21,419 |
| | **$ 12,663,465** |

| WF Corp Trust Breakdown | |
|---|---:|
| Quest Group | $ 1,032,500 |
| Pro Elite | $ 232,443 |
| | **$ 1,264,943** |

EXHIBIT 1144
Page 1 of 3



EXHIBIT 1144
Page 2 of 3



EXHIBIT 1144
Page 3 of 3